BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-70755 MAG |
| Plaintiff, | **STIPULATION AND** |
| v. | **[PROPOSED] ORDER CONTINUING DATE FOR PRELIMINARY HEARING OR ARRAIGNMENT** |
| DAVID STEVENS, | |
| Defendant. | |

  The parties in this matter are presently scheduled to appear before this Court for preliminary hearing or arraignment on September 29, 2005. The parties are presently engaged in negotiations concerning a potential preindictment resolution of the case, and defense counsel is awaiting discovery for review. Moreover, the parties anticipate that Mr. Stevens will be released to a residential drug treatment program prior to September 29, 2005. Accordingly, the parties agree and stipulate that the date for preliminary hearing or arraignment shall be continued until October 6, 2005 at 9:30 AM.

  The parties further agree and stipulate that an exclusion of time under the Speedy Trial Act is appropriate to accommodate this period of delay. If Mr. Stevens remains incarcerated, he agrees to waive his right under Rule 5.1(c) of the Federal Rules of Criminal Procedure to a preliminary hearing within ten days of his initial appearance, and the parties agree and stipulate that there is good cause, taking into account the public interest in the prompt disposition of

1    criminal cases, for the requested extension.

2        IT IS SO STIPULATED.

3                                          BARRY PORTMAN
                                           Federal Public Defender
4

5    Dated: September 23, 2005             _____/S/_____
                                           JOSH COHEN
6                                          Assistant Federal Public Defender

7                                          KEVIN V. RYAN
                                           United States Attorney
8

9    Dated: September 23, 2005             _____/S/_____
                                           JOSEPH FAZIOLI
10                                         Assistant United States Attorney

11

12        Accordingly, and for good cause shown, it is hereby ORDERED that the date for

13   preliminary hearing or arraignment, presently set for September 29, 2005, shall be continued to

14   October 6, 2005 at 9:30 AM before Magistrate Judge Larson.

15        It is further ORDERED that the time from September 29, 2005 through October 6, 2005

16   shall be excluded under the Speedy Trial Act and Rule 5.1(c)(JAF) of the Federal Rules of Criminal

17   Procedure.  The Court finds that this delay is necessary to permit defense counsel to obtain and

18   review discovery in the case, and thereby prepare effectively on Mr. Stevens' behalf.  *See* 18

19   U.S.C. § 3161(h)(8)(B)(iv).  The Court further finds that the ends of justice served by granting

20   the exclusion outweigh the best interest of the public and the defendant in a speedy trial.  *See id.*

21   § 3161(h)(8)(A).  The Court finds as well that there is good cause, taking into account the public

22   interest in the prompt disposition of criminal cases, to continue the date for preliminary hearing

23   or arraignment pursuant to Rule 5.1(c)(JAF).

24        IT IS SO ORDERED.

25   Dated:  9/26/5                         _____
                                           JOSEPH C. SPERO
26                                         UNITED STATES MAGISTRATE JUDGE

27   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

28   "conformed" signature (/S/) within the e-filed document.

                                          2